## The State v. Peterson.

## The Same v. Dunbar.

## The Same v. Connors.

## The Same v. Jordan.

Intoxicating liquors: criminal convictions: judgments affirmed.

*Appeals from Wapello District Court.*

Wednesday, December 1, 1886.

No appearance for appellants.

*A. J. Baker, Attorney-general*, for the State.

Seevers, J.—The foregoing cases are all prosecutions by indictment or information for violations of the prohibitory liquor law, and they have been submitted upon transcripts which have been examined and we deem it sufficient to say that no error has been discovered therein, and therefore the judgment of the district court in each case is

Affirmed.